UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61500-CIV-COHN

PAUL A. JACKSON,

     Plaintiff,

vs.

GENESYS CREDIT MANAGEMENT/ RENT COLLECT INC.,

     Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER OF INJUNCTION

_____THIS CAUSE is before the Court upon Plaintiff's Motion for An Order of

Injunction, Cease and Desist Order [DE 5], Plaintiff's Motion for Default Judgment [DE

6], and Plaintiff's "Notice to the Clerk's Office" regarding the termination of the default

[DE 10].  The Court has carefully considered the entire record in this case and is

otherwise fully advised in the premises.

     Plaintiff filed a pro se complaint against two corporations for alleged violations of

the Fair Debt Collections Practices Act.  Plaintiff "served" the Complaint by certified

United States mail.  However, pursuant to Rule 4 of the Federal Rules of Civil

Procedure, service must be done in person, by any person who is not a party.  See

Fed. R. Civ. P. Rule 4(c)(2).  Unless service is waived by a defendant, service cannot

be accomplished by United States mail.  Service upon a corporation must be made by

delivering a copy of the summons and complaint to an officer, managing or general

agent, or any other agent authorized to receive service of process.  Fed. R. Civ. P.

Rule 4(h)(1).

     Under Rule 4(d)(2), Plaintiff can mail a Notice and Request to Waive Service to

a corporation, but again, such notice and request must be addressed to an officer or managing or general agent of a corporation.  See Advisory Committee Notes for 1993 Amendments to subdivision (h) of Rule 4 of the Federal Rules of Civil Procedure.  In the present case, it appears Plaintiff just mailed the summons and complaint to the defendant corporations, without addressing a notice and request to an authorized person for defendants.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      Plaintiff's Motion for An Order of Injunction, Cease and Desist Order [DE 5] is hereby **DENIED, without prejudice**;

2.      Plaintiff's Motion for Default Judgment [DE 6] is hereby **DENIED**;

3.      Plaintiff shall effect service of process or properly seek a waiver of service of process.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of November, 2006.

JAMES I. COHN
United States District Judge

copies to:

Paul Jackson, pro se